**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO. 19-23452-CIV-CANNON/ O'Sullivan**

**DANIEL VILLANUEVA**

      Plaintiff,

v**.**

**UNITED STATES DEPARTMENTOF JUSTICE and
THE FEDERAL BUREAU OFINVESTIGATION,**

      Defendants.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
<u>REPORT AND RECOMMENDATION</u>**

**THIS CAUSE** is before the Court upon Magistrate Judge O'Sullivan's Report and Recommendation ("Report") [ECF No. 55], filed on August 12, 2021.  Defendants filed a timely Objection to the Report on September 16, 2021 [ECF No. 60].  The Court, having reviewed the Report, Defendants' Objection *de novo*, the full record, and being in agreement with the recommendations of Judge O'Sullivan, hereby **ORDERS** that Judge O'Sullivan's Report [ECF No. 55] is **ADOPTED** in full:

1. Plaintiff's Motion for Summary Judgment [ECF No. 34] is **GRANTED IN PART AND DENIED IN PART** as set forth in the Report.

2. Defendants' Cross Motion for Summary Judgment [ECF No. 41] is **GRANTED IN PART AND DENIED IN PART** as set forth in the Report.

3. On or before **October 28, 2021**, Defendants shall identify and assign the withheld documents to the particular category under Exemption7(A) and identify which

CASE NO. 19-23452-CIV-CANNON/ O'Sullivan

documents or portions of documents are being withheld under each of the distinct underlying exemptions.

4.  Moreover, on or before **October 22, 2021**, Defendants shall produce responsive documents or justify the application of Exemption 7(A) and any of the other exemptions to each withheld document by providing a more detailed declaration or Vaughn index that explains why the particular withheld documents are subject to each of the claimed exemptions and provide the factual basis for the Court to determine the applicability of the claimed exemptions.

5.  The parties may renew their cross-motions for summary judgment after Defendants' submit a more detailed declaration or index.

6.  Plaintiff shall be permitted to pursue a claim for attorneys' fees and costs, if and when it is appropriate.

**DONE AND ORDERED** in Fort Pierce, Florida, this 23rd day of September 2021.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2